No. 86–248.   JACKSON v. UNITED STATES POSTAL SERVICE.
C. A. Fed. Cir.   Certiorari denied.

No. 86–258.   WINSLOW MANUFACTURING, INC., ET AL. v.
KAIN, DBA BROCK-KAIN.   C. A. 10th Cir.   Certiorari denied.

No. 86–266.   LOUISIANA SCHOOL OF PROFESSIONS, INC. v.
BENNETT, SECRETARY OF EDUCATION, ET AL.   C. A. 5th Cir.
Certiorari denied.

No. 86–290.   KONSTANTINOV v. UNITED STATES.   C. A. 7th
Cir.   Certiorari denied.

No. 86–293.   REYES v. UNITED STATES.   C. A. 5th Cir.   Certiorari denied.

No. 86–316.   HARVEY v. UNITED STATES.   C. A. 11th Cir.
Certiorari denied.

No. 86–320.   PROCK v. UNITED STATES.   C. A. 9th Cir.   Certiorari denied.

No. 86–323.   LUMUMBA v. UNITED STATES.   C. A. 2d Cir.
Certiorari denied.

No. 86–325.   WATLINGTON v. UNITED STATES.   C. A. D. C.
Cir.   Certiorari denied.

No. 86–331.   AMPLO v. UNITED STATES.   C. A. 2d Cir.   Certiorari denied.

No. 86–350.   MARTINDALE v. UNITED STATES.   C. A. 4th Cir.
Certiorari denied.

No. 86–363.   FREEDMAN v. UNITED STATES.   C. A. 11th Cir.
Certiorari denied.

No. 86–366.   BROOKS v. UNITED STATES.   C. A. 5th Cir.
Certiorari denied.

No. 86–5002.   BUCHANAN v. ATTORNEY GENERAL OF MICHIGAN ET AL.   C. A. 6th Cir.   Certiorari denied.

No. 86–5003.   GAMBRELL v. ACKERMAN, JUDGE.   C. A. 3d
Cir.   Certiorari denied.